**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Massachusetts__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual           12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: CrimsonBikes, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___  ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 100 Massachusetts Ave. | 12 COMMONWEALTH COURT #16 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Cambridge    MA    02138 | Brighton    MA    02135 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Middlesex | |
   | County | Number    Street |
   | | City    State    ZIP Code |

Debtor  **CrimsonBikes, LLC**                         Case number (if known)_____
        Name

| 6. | **Debtor's website** (URL) | www.crimsonbikes.com |

| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|    |                    | ☐ Partnership (excluding LLP) |
|    |                    | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
|    |                               | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|    |                               | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|    |                               | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|    |                               | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|    |                               | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|    |                               | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|    |                               | ☒ None of the types of business listed. |
|    |                               | ☐ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
|    |                               | ☐ Yes. Debtor _____ Relationship _____ |
|    |                               | District _____ Date filed _____ Case number, if known _____ |
|    |                               |                                              MM / DD / YYYY |
|    |                               | Debtor _____ Relationship _____ |
|    |                               | District _____ Date filed _____ Case number, if known _____ |
|    |                               |                                              MM / DD / YYYY |

### Part 3:  Report About the Case

| 10. | **Venue** | *Check one:* |
|     |           | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|     |           | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|     |                 | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|     |                 | *At least one box must be checked*: |
|     |                 | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|     |                 | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
|     |                 | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____  Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SmartEtailing, Inc. | breach of contract | $ 647,514.26 plus atty. fees |
| CVI-TCB Commercial, LLC | breach of contract | $ 201,575 plus interest, costs & atty fees |
| Michael Jaeger | goods paid for, but not received | $ 1,062.48 |
| | Total of petitioners' claims | $ 850,151.74 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | Lynne B. Xerras — Printed name |
| SmartEtailing, Inc. — Name | Holland & Knight LLP — Firm name, if any |
| 6400 West 105th Street — Number / Street | 10 St. James Avenue — Number / Street |
| Bloomington, MN 55438 — City / State / ZIP | Boston, MA 02116 — City / State / ZIP |
| **Name and mailing address of petitioner's representative, if any** | Contact phone 6175232700  Email lynne.xerras@hklaw.com |
| Ryan Atkinson, President — Name | Bar number 632441 |
| 6400 West 105th Street | State MA |
| Bloomington, MN 55438 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/25/2021

x /s/ Ryan Atkinson
Signature of petitioner or representative, including representative's title

x /s/ Lynne Xerras
Signature of attorney

Date signed 03/03/2021

Official Form 205     Involuntary Petition Against a Non-Individual     page 3

Debtor: CrimsonBikes, LLC

Case number (if known): _____

**Name and mailing address of petitioner**

Name: CVI-TCB Commercial, LLC

Number Street: 185 Dartmouth Street

City: Boston   State: MA   ZIP Code: 02116

**Name and mailing address of petitioner's representative, if any**

Name: Ethan Ceplikas, General Counsel & Vice President of Managing Member

Number Street: 185 Dartmouth Street

City: Boston   State: MA   ZIP Code: 02116

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Andrew E. Goloboy

Firm name, if any: Dunbar Goloboy LLP

Number Street: 197 Portland Street, 5th Floor

City: Boston   State: MA   ZIP Code: 02114

Contact phone: 617-244-3550   Email: goloboy@dunbarlawpc.com

Bar number: 66351

State: MA

X _____
Signature of attorney

Date signed: 03/02/2021

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: ____   State: ____   ZIP Code: ____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: ____   State: ____   ZIP Code: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __/__/____

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: ____   State: ____   ZIP Code: ____

Contact phone: ____   Email: ____

Bar number: ____

State: ____

X _____
Signature of attorney

Date signed: __/__/____

Debtor **CrimsonBikes, LLC**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Michael Jaeger

Number Street: 111 Strong Rd

City: Southampton   State: MA   ZIP Code: 01073

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/1/2021
MM / DD / YYYY

X _[signed]_
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>CRIMSONBIKES, LLC,<br><br>                Alleged Debtor. | Involuntary Chapter 7<br><br>Case No. _____ |

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

    I, Ethan Ceplikas, hereby declare under penalty of perjury that all of the information contained in the foregoing **Involuntary Petition** (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March 3, 2021                Signed: _____
                                                                  Ethan Ceplikas

## PART II – DECLARATION OF ATTORNEY

      I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: March 3, 2021                            Signed: _____
                                                            Andrew E. Goloboy
                                                            (Attorney for Affiant)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

CRIMSONBIKES, LLC,

Alleged Debtor.

Involuntary Chapter 7

Case No. _____

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Ryan Atkinson, hereby declare under penalty of perjury that all of the information contained in the foregoing Involuntary Petition (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March 3, 2021

Signed: _____
Ryan Atkinson

**PART II – DECLARATION OF ATTORNEY**

      I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: March 3, 2021              Signed: _____
                                                Lynne B. Xerras
                                                (Attorney for Affiant)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>CRIMSONBIKES, LLC,<br><br>Alleged Debtor. | Involuntary Chapter 7<br><br>Case No. _____ |

## DECLARATION RE: ELECTRONIC FILING

### PART I – DECLARATION OF AFFIANT

I, Michael Jaeger, hereby declare under penalty of perjury that all of the information contained in the foregoing **Involuntary Petition** (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March 3, 2021          Signed: _____
                                                          Michael Jaeger

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>CRIMSONBIKES, LLC,<br><br>   Involuntary Debtor. | Involuntary Chapter 7 Case No. _____ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, petitioner SmartEtailing, Inc. ("SmartEtailing") states that it is a corporation organized under the laws of the State of Minnesota, with a principal place of business in Minnesota, and that it is a privately owned company. No publicly held corporation owns 10% or more of its stock, directly or indirectly.

Respectfully submitted,

SMARTETAILING, INC.,

By its attorneys,

*/s/* Lynne B. Xerras
John J. Monaghan (BBO No. 546454)
Lynne B. Xerras (BBO No. 632441)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel: (617) 523-2700
Fax: (617) 523-6850
bos-bankruptcy@hklaw.com

Dated:  March 3, 2021

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MASSACHUSETTS

(Eastern Division)

| | |
|---|---|
| In re<br><br>CRIMSONBIKES, LLC,<br><br>　　　Involuntary Debtor. | Involuntary Chapter 7 Case No. _____ |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7001.1(a), CVI-TCB Commercial, LLC ("CVI-TCB") states that it is a Massachusetts limited liability company whose members are The Community Builders, Inc. and Charlesview, Inc., which are each 501(c)(3) Non-Profit Corporations. CVI-TCB is not, nor are its members, publicly traded companies nor do any publicly traded companies own 10% or more of CVI-TCB or its members.

Respectfully Submitted,

CVI-TCB COMMERCIAL, LLC

By its Attorney,

/s/ Andrew E. Goloboy

Andrew E. Goloboy, BBO#663514
DUNBAR GOLOBOY LLP.
197 Portland Street, 5th Floor
Boston, MA 02114
(617)244-3550
Dated: March 2, 2021         goloboy@dunbarlawpc.com