

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **CRIMSONBIKES, LLC,** <br> Debtor | Ch. 7 <br> 21-10278-JEB |

### Order for Relief in an Involuntary Case

On consideration of the petition filed on March 3, 2021 against CrimsonBikes, LLC, and as set forth in the Order [#40] dated May 20, 2021, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted as of May 20, 2021.

Dated: 5/20/2021

By the Court,

*/s/ Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge