**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>CRIMSONBIKES, LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 21-10278-JEB |

**AFFIDAVIT OF JOHN J. AQUINO, CHAPTER 11 TRUSTEE**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2007.1**

I, John J. Aquino, hereby certify as follows:

1.　　I am an attorney admitted to practice in the Commonwealth of Massachusetts and am a member of the law firm of Anderson Aquino LLP, 240 Lewis Wharf, Boston, Massachusetts, 02110. I am submitting this affidavit in accordance with Federal Rule of Bankruptcy Procedure 2007.1.

2.　　On July 12, 2021, I was appointed Chapter 11 trustee of the estate of CrimsonBikes, LLC (the "Debtor") by the United States Trustee for the District of Massachusetts. The United States Bankruptcy Court approved the appointment by Order dated July 15, 2021. I reviewed the voluntary petition filed on behalf of the Debtor and the matrix of creditors filed with respect to this case. In addition, I reviewed the Bankruptcy Court docket and filings in this case to determine the existence and identities of any other parties-in-interests.

3.　　My and my firm's connections with the Debtor, creditors of the Debtor, any other parties-in-interest, their respective attorneys and accountants, the United States Trustee and persons employed in the office of the United States Trustee are as follows:

None.

-1-

4. I have obtained a bond in the amount of $100,000 (the "Bond") as required by the Court. A copy of the Bond is attached hereto.

5. Based upon the foregoing, I hereby certify that neither Anderson Aquino LLP nor I have any connections with the Debtor or any insiders of the Debtor, and do not hold any interest adverse to the Debtor, creditors of the Debtor or any other known party-in-interest.

/s/ John J. Aquino
John J. Aquino, Chapter 11 Trustee

Dated: July 15, 2021