**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Eastern Division

| | |
|---|---|
| **In re:**<br><br>**CRIMSONBIKES, LLC,**<br><br>　　　　　　　　　　**Debtor.** | **Chapter 7**<br>**No. 21-10278-JEB** |

**SECOND JOINT STATUS REPORT REGARDING MOTION OF MASS AVE 997 NOMINEE TRUST TO COMPEL PAYMENT OF AMOUNTS DUE PURSUANT TO §§365(D)(3) AND 503 OF THE BANKRUPTCY CODE**

John J. Aquino, the duly appointed trustee (the "Trustee") of the Chapter 7 estate of CrimsonBikes, LLC (the "Debtor"), and Mass. Ave. 997 Nominee Trust (the "Trust") hereby file this Joint Status Report in accordance with the provisions of the Court's Order dated January 10, 2022 (Doc. No. 184) with respect to the *Motion Of Mass Ave 997 Nominee Trust To Compel Payment Of Amounts Due Pursuant To §§365(D)(3) And 503 Of The Bankruptcy Code* filed on July 8, 2021 (Doc. No. 108) (the "Motion").

　　　　As noted by the parties in their initial Joint Status Report filed on January 6, 2022 (Doc. No. 183), due to the fact that there presently are insufficient assets available to make the payments requested in the Motion, the parties believe that the resolution of the issues presented in the Motion (which was filed prior to the conversion of this case to Chapter 7) are best deferred until such time as it is reasonably evident that assets will be available for distribution/payment on account of the asserted claim.  In such manner, the parties will be able to minimize and/or avoid potentially unnecessary or unproductive expenses relating to evidentiary hearings and briefing, and the Court will not have been required to allocate its resources unnecessarily.  The Trustee is currently pursuing the liquidation of estate assets, including the sale of estate inventory and pursuit of potential claims against third parties.  In light of the foregoing, the parties respectfully

request that this matter remain continued generally with the parties required to file a further joint status report in ninety (90) days on September 28, 2022.

Respectfully submitted,

| | |
|---|---|
| JOHN J. AQUINO<br>CHAPTER 7 TRUSTEE | 997 MASS. AVE. REALTY TRUST |
| By his counsel, | By its counsel, |
| /s/ Donald F. Farrell, Jr.<br>Donald F. Farrell, Jr. (BBO 159580)<br>ANDERSON AQUINO LLP<br>240 Lewis Wharf<br>Boston, MA  02110<br>617-723-3600<br>dff@andersonaquino.com | /s/ Lee Harrington (DFF w/permission)<br>Lee Harrington (BBO 643932)<br>ASCENDANT LAW GROUP LLC<br>2 Dundee Park Drive<br>Andover, MA  01810<br>617-840-2755<br>lh@ascendantlawgroup.com |

Dated:  June 29, 2022.